**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

FREDRICK L. HALE                                                      PLAINTIFF

V.                         NO: 1:16CV00100 DPM/PSH

RICHARD *et al*                                                   DEFENDANTS

**ORDER**

Plaintiff Fredrick L. Hale, a former Arkansas Department of Correction inmate, filed a *pro se* complaint (Doc. No. 2) pursuant to 42 U.S.C. § 1983 on August 8, 2016, and was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) (Doc. No. 3). On August 11, 2016, Hale filed a change of address notice indicating that he has now been released from custody (Doc. No. 4).

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. If Hale wishes to proceed with this lawsuit, he is directed pay the $350.00 filing fee, or to resubmit an IFP application which reflects his free-world financial status, no later than 30 days after the entry date of this order. Hale's failure to do so will result in the recommended dismissal of this lawsuit.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to forward an IFP application to Hale.

2. Hale is directed to submit the $350.00 filing fee, or to complete and sign the IFP application, and file it, no later than 30 days after the entry date of this order. Hale's failure to do so will result in the recommended dismissal of his complaint.

DATED this 12th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE