IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FREDERICK L. HALE                                                                                    PLAINTIFF

v.                                          No. 1:16-cv-100-DPM-PSH

DR. SHAWN RICHARD; LORI HOLST,
Mental Health Supervisor, Grimes and McPherson
Unit, ADC; and CANDACE KRIEBEL,
Counselor, Grimes Unit, ADC                                                                    DEFENDANTS

ORDER

Unopposed recommendation, № 31, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motions to dismiss, № 13 & 22, granted. Hale's claims against Kriebel and Richard are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 December 2016