IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FREDERICK L. HALE                                                                        PLAINTIFF

v.                                      No. 1:16-cv-100-DPM

LORI HOLST, Mental Health Supervisor,
Grimes and McPherson Unit, ADC                                              DEFENDANT

ORDER

Unopposed recommendation, № 36, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Unopposed motion for summary judgment, № 26, granted. Hale's claims against Holst will be dismissed without prejudice for failure to exhaust. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2017