IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FREDERICK L. HALE                                                                 PLAINTIFF

v.                                    No. 1:16-cv-100-DPM

DR. SHAWN RICHARD; LORI HOLST,
Mental Health Supervisor, Grimes and
McPherson Unit, ADC; and CANDACE
KRIEBEL, Counselor, Grimes Unit, ADC                                     DEFENDANTS

JUDGMENT

Hale's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2017